1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WASHINGTON RESEARCH FOUNDATION, a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHARP CORPORATION, a Japanese Corporation; and SHARP ELECTRONICS CORPORATION, a New York Corporation,<br><br>Defendants. | NO.  2:11-cv-02080<br><br>**NOTICE OF DISMISSAL** |

Washington Research Foundation ("WRF") is pleased to inform the Court that it has concluded a settlement and license agreement with NXP Semiconductors N.V. and its subsidiaries ("NXP") that effectively resolves this litigation (hereafter "the License Agreement").

NOTICE OF DISMISSAL - 1

Victoria Gruver Curtin, PLC
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, AZ  85254
Phone: (480) 998-3547
Fax: (480) 596-7956

The License Agreement allows all defendants named in this suit to make, use, sell and offer for sale products incorporating allegedly infringing chipsets manufactured or sold by NXP. More specifically, the License Agreement allows third parties, including the defendants named in this suit, to make, use, sell and offer for sale products incorporating GSM chipsets made by NXP.

As a result, all allegations that were the basis for the action herein are effectively resolved by the License Agreement, and no defendant has filed an answer. Accordingly, WRF hereby dismisses this suit under Fed.R.Civ.Pro. 41(a)(1)(A)(i). However, in view of the need for WRF to expressly reserve other infringement claims against all potential infringers (including potentially these same defendants) that use ***other*** unlicensed and infringing chipsets not covered by the License Agreement, WRF dismisses this action with prejudice solely as to all of WRF's claims against each Defendant to the full extent of the licenses, covenants, and releases granted in the License Agreement. WRF reserves all other infringement claims not covered by the licenses, covenants and releases granted in the License Agreement.

Dated:  February 13, 2012

VICTORIA GRUVER CURTIN, P.L.C.

By:*/s/ Victoria Curtin*
    Victoria Gruver Curtin
    14555 North Scottsdale Rd., Ste. 160
    Scottsdale, Arizona 85254
    Tel.:  (480) 948-3295
    Fax:  (480) 948-3387
    Attorney for Plaintiff

NOTICE OF DISMISSAL - 2

Victoria Gruver Curtin, PLC
14555 N. Scottsdale Rd., Ste. 160
Scottsdale, AZ  85254
Phone: (480) 998-3547
Fax: (480) 596-7956

C. Dean Little, WSBA No. 1269
Jonathan Yeh, WSBA No. 32734
BLANK LAW & TECHNOLOGY P.S.
157 Yester Way, Third Floor
Seattle, WA  98104
Tel: (206) 256-9699
Fax: (206) 256-9899
Email: dlittle@digital-legal.com
jyeh@digital-legal.com
Local Counsel for Plaintiff

Steven G. Lisa
(Illinois Bar No. 6187348)
LAW OFFICES OF STEVEN G. LISA, LTD.
55 West Monroe Street, Suite 3210
Chicago, IL 60603
Tel : (312) 752-4357
Fax: (312) 896-5633
Counsel for Plaintiff

Gerald D. Hosier
(Nevada Bar No. 5023)
8904 Canyon Springs Drive
LasVegas, NV 89117
Tel.:  702-256-8904
Fax:  702-256-8967
Counsel for Plaintiff

NOTICE OF DISMISSAL - 3